UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | No. 3:08-CR-66 |
| V. | ) | (Phillips / Shirley) |
| | ) | |
| JOEL SHUMAN, | ) | |
| ELIZABETH GOODSON, | ) | |
| JASON JENKINS, and | ) | |
| MICHAEL COLLINS, | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court upon the timely requests of three defendants for additional time in which to file pretrial motions: Elizabeth Goodson's Motion for Extension of Time to File [Doc. 19]; Jason Jenkins' Motion to Continue Motions Deadline [Doc. 20]; and Joel Shuman's Motion to Continue Motions Deadline [Doc. 21]. The government does not oppose the requests.

Counsel for Ms Goodson, Mr. Jenkins and Mr. Shuman report receipt of extensive discovery materials from the United States which will require additional time to review. The defendants estimate that June 20, 2008, will afford an adequate period of time for identification and preparation of pretrial motions after consideration of these materials.

The Court finds that good cause has been shown to extend the deadline previously establish for filing of motions. Accordingly, **IT IS ORDERED**:

1. Ms Goodson's Motion for Extension of Time to File **[Doc. 19]** is **GRANTED**.

2. Mr. Jenkins' Motion to Continue Motions Deadline **[Doc. 20]** is **GRANTED**.

3. Mr. Shuman's Motion to Continue Motions Deadline **[Doc. 21]** is **GRANTED**.

4. The deadline for filing pretrial motions is extended to **June 20, 2008**, as requested. Responses will be due **June 27, 2008.**

5. If there are pending pretrial motions, the parties should be prepared to address the July 19, 2008, trial date at the date and time previously scheduled for the pretrial conference, **July 3, 2008, at 10:00 a.m.**

**IT IS SO ORDERED.**

ENTER:

   s/ C. Clifford Shirley, Jr.
United States Magistrate Judge