UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:08-CR-66-4 |
| V. | ) | (PHILLIPS/SHIRLEY) |
| | ) | |
| | ) | |
| MICHAEL EDWARD COLLINS, JR. | ) | |

MEMORANDUM AND ORDER

The defendant appeared on a revocation hearing of his pretrial release on March 12, 2009. Tracee Plowell, Assistant United States Attorney, was present representing the government and Jonathan Wood, was present representing the defendant.

On May 12, 2008, the Defendant was released on personal recognizance bond with an Order Setting Conditions of Release [Doc.11]. The conditions of the Defendant's release required that he: not commit another federal, state, or local crime while on bond in federal court; report to the United States Probation Office as directed; maintain or actively seek employment; refrain from possessing a firearm; refrain from the use of any narcotic drugs or controlled substances, submit to drug testing, participate in a program of inpatient or outpatient substance abuse therapy and counseling as directed by the United States Probation Office; report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop; and no driving. [Doc. 11]

On March 9, 2009, a Petition for Action on Conditions of Pretrial Release was filed by Defendant's pretrial services officer. The Petition stated that Defendant was in violation of the terms of his release and moved the Court to bring the Defendant before the Court to show case

as to why his bond should not be revoked.

On March 12, 2009, the Defendant appeared before the Court and admitted to the Court that he had violated the Order Setting Conditions of Release. The Court finds probable cause that defendant has violated the Conditions of Release and there are no other conditions that the defendant can be released on. During the hearing, the defendant waived any hearing on the violation. The Defendant acknowledged that he was aware that his release would be revoked and he would be held in custody pending the trial of his case. Therefore, the **Order Setting Conditions of Release [Doc. 11]** is hereby **REVOKED** and the defendant is remanded to the custody of the United States Marshal pending his trial on **June 29, 2009**, at **9:00 a.m.,** before the **Honorable Thomas W. Phillips**, United States District Judge. His appearance bond is hereby **CANCELLED**.

**IT IS SO ORDERED.**

ENTER:

   s/ C. Clifford Shirley, Jr.   
United States Magistrate Judge